**David D. EWING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78639**

Missouri Court of Appeals, Western District.

ORDER FILED: August 30, 2016

S. Kate Webber, Kansas City, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Two: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

**ORDER**

Per curiam:

David D. Ewing ("Ewing") appeals the Circuit Court of Jackson County's denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).